FILED
FRONT COUNTER
2026 JAN -7 PM 2: 56

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| LYNN KEUTHAN, | )   Case No. 25-11858-BFK |
| | )   Chapter 13 |
| Debtor. | ) |
| | ) |

## OBJECTION TO NICKOLAS C. EKONOMIDES, P.A.'S CLAIM, NOTICE OF OBJECTION TO NICKOLAS C. EKONOMIDES, P.A.'S CLAIM, AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Debtor, Lynn Keuthan, pro-se', pursuant to 11 U.S.C. and Federal Rules of Bankruptcy Procedure, hereby files this 'Objection to Nickolas C. Ekonomides, P.A.'s Claim' and states as follows:

1.     In Mr. Ekonomides' filed claim, he misrepresents charges and misrepresents rates and misrepresents services performed and misrepresents agreements and misrepresents his status and legal position and misrepresents applicable law and neglects to account for amounts due to the Debtor for Ekonomides' misconduct as an attorney and the resulting damages.

2.     The two cases (a trust case and a probate case) referenced by Mr. Ekonomides completely settled. There is a Settlement Agreement that completely resolved all issues that was agreed to by Mr. Ekonomides.

1

3.     The Settlement Agreement does not provide for any attorneys fees to Mr. Ekonomides.

4.     Even regardless of the Settlement Agreement, Mr. Ekonomides would not be entitled to a lien under Florida law due to, inter alia, the fact that 1). he did not provide an increase to any amounts due to the Debtor in the cases (no positive benefit provided) and 2). there was no agreement with his client to him being paid through any proceeds of the cases.

5.     Further, as shown in Debtor's responses to Mr. Ekonomides requests and related motions for a claim of lien, Mr. Ekonomides has already been overpaid for the services he provided.

6.     Further, even if Mr. Ekonomides was owed any monies (which he is not), Debtor would be entitled to claims and an offset against Mr. Ekonomides for damages that he caused due to his negligence and misconduct as an attorney, due to him not abiding by the Settlement Agreement, due to his misrepresentations and withholding of information from his client and other parties, and due to his filing of an invalid claim of lien.

7.     Debtor reserves the right to introduce additional facts and arguments and law and evidence at any hearing in regard to this matter.

WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain Debtor's objection and deny/disallow Nickolas C. Ekonomides, P.A.'s Claim, and requests such other and further relief that may be proper and reasonable under the circumstances.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before twenty-one days from the service of this notice, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rules. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must also send a copy to:

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314

3

Lynn M. Keuthan
3320 Hemlock Drive
Falls Church, VS 22042

Clerk of the Court
United States Bankruptcy Court
200 S. Washington St.
Alexandria, VA 22314

**Attend the hearing scheduled to be held on February 5, 2026 at 1:30 p.m. in Courtroom I on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you, or your attorney, do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated this _7th_ day of __January__, 2026,

_/s/Lynn Keuthan_
Lynn M. Keuthan, pro-se'
3320 Hemlock Drive
Falls Church, VA 22042
(703) 944-5400

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing 'Objection to Nickolas C. Ekonomides, P.A.'s Claim,' Notice of Objection and Notice of Hearing were mailed, postage prepaid, this 7th day of January, 2026, to: Thomas P. Gorman, Chapter 13 Trustee, 1414 Prince St., Suite 202, Alexandria, Virginia 22314 and to Nickolas C. Ekonomides, 325 N. Belcher Road, Suite 1D, Clearwater, FL 33765 and served via email to: service@eko-law.com, and delivered and filed in-person to: Clerk of the Court, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.

_/s/Lynn Keuthan_
Lynn M. Keuthan

4