**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

LYNN MARIE KEUTHAN,

        Debtor.

Case No. 25-11858-BFK
Chapter 13

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM 11

On February 19, 2026, this matter came before the Court upon the Debtor's Objection to Claim 11, filed by Nickolas C. Ekonomides, P.A., ("Creditor"). Docket No. 82. Through Counsel, the Creditor filed a reply in opposition to the Debtor's Objection. Docket Nos. 103, 104. At the appointed time for the hearing, the Debtor was present in court, as was Robert Brandt, proposed counsel for the Creditor. Nikolas Ekonomides appeared telephonically.

Upon review of the parties' pleadings, the Court finds that the Creditor's response was not timely, being filed less than twenty-four hours before the hearing, despite the Debtor's Motion being filed on January 7, 2026, over forty days prior. The late filing of the response prejudices the Debtor, who was given very little time or notice to prepare for the Creditor's reply. Furthermore, the Creditor has not made even a proffer of excusable neglect in mitigation.

For these reasons, in addition to those stated from the bench, the Court will sustain the Debtor's Objection to Claim 11.

It is therefore **ORDERED**:

1.    The Debtor's Objection to Claim #11 (Docket No. 82) is **SUSTAINED.**

2.    Claim #11 shall be disallowed.[1]

---

[1] This ruling does not implicate the issue of the charging lien dispute between the Debtor and Creditor.

3.       The Clerk will mail copies of this Order, or will provide CM-ECF notice of its entry,

to the parties below.

Date: Feb 20 2026                                    /s/ Brian F Kenney

                                                HONORABLE BRIAN F. KENNEY
Alexandria, Virginia                            CHIEF U.S. BANKRUPTCY JUDGE

Copies to:                                      Entered On Docket:  Feb 23 2026

Nickolas C. Ekonomides
Nickolas C. Ekonomides, P.A.
325 N. Belcher Road,
Suite 1D
Clearwater, Florida 33765
*Creditor*

Robert S. Brandt
600 Cameron Street
Alexandira, VA 22314
*Counsel to Nickolas C. Ekonomides
and Nickolas C. Ekonomides, P.A.*

Lynn Marie Keuthan
3320 Hemlock Drive
Falls Church, VA 22042
*Chapter 13 Debtor, Pro Se*

Thomas P. Gorman
1414 Prince St,
Suite. 202
Alexandria, VA 22314
*Chapter 13 Trustee*

Matthew W. Cheney
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee*

2