**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

   LYNN MARIE KEUTHAN,

         Debtor.

Case No. 25-11858-BFK
Chapter 13

## ORDER DENYING MOTION TO RECONSIDER
## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On May 28, 2026, the Court held a hearing on the Debtor's Motion to Reconsider Order Granting Relief from the Automatic Stay. Docket No. 141. Creditor U.S. Bank Trust Company filed a response in opposition. Docket No. 169. At the appointed time for the hearing, the Debtor was present before the Court, as was Katelyn Lynch on behalf of the Creditor.

Having considered the Debtor's position, the Court notes that it previously held an evidentiary hearing on this issue, took the matter under advisement, and issued findings of fact and conclusions of law. Docket No. 137. The newly discovered evidence presented by the Debtor during this hearing (Debtor's Ex.'s #6, #7) is insufficient to provide the Court with good cause to reconsider its prior ruling. For that reason, in addition to those stated upon the record, this motion will be denied. It is hereby,

     **ORDERED:**

     1.    The Debtor's Motion to Reconsider Order Granting Relief from Stay (Docket No. 141) **is DENIED**.

     2.    The Debtor is advised that she may appeal this Order by filing a Notice of Appeal within 14 days of the entry of this Order with the Clerk of the Bankruptcy Court.

3.      The Clerk will mail a copy of this Order, or give CM-ECF notice of its entry, to the parties

listed below.

Date: Jun 3 2026                                                   /s/ Brian F Kenney

                                                          HONORABLE BRIAN F. KENNEY
Alexandria, Virginia                                      CHIEF U.S. BANKRUPTCY JUDGE

Copies to:                                                Entered On Docket: Jun 4 2026

Lynn Marie Keuthan
3320 Hemlock Drive
Falls Church, VA 22042
*Chapter 13 Debtor, Pro se*

Barry Spear
Katelyn Lynch
Aldridge Pite LLP
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
*Counsel for Movant U.S. Bank Trust Company, N.A.*

Thomas P. Gorman
1414 Prince St.
Ste. 202
Alexandria, VA 22314
*Chapter 13 Trustee*

Office of the U.S. Trustee
1725 Duke Street,
Suite 650
Alexandria, VA 22314

2